[No. 5385-7-III. Division Three. March 15, 1984.]

THELBERT LEE ERVIN, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 82-2-00433-3, James B. Mitchell, J., entered September 8, 1982. *Affirmed* by unpublished per curiam opinion.

[No. 5180-3-III. Division Three. March 15, 1984.]

ANTHONY, BAKER & BURNS, ET AL, *Respondents*, v. XAVIER L. LOUIS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 80-2-02975-9, Willard A. Zellmer, J., entered April 21, 1982. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Thompson, J.

[No. 6139-2-II. Division Two. March 16, 1984.]

CHRIS PALZER, ET AL, *Respondents*, v. ALICE E. ROIG, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 285722, Donald H. Thompson, J., entered January 8, 1982. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.

[No. 5860-0-II. Division Two. March 16, 1984.]

CARSTENS CO., ET AL, *Respondents*, v. LARRY ABRAHAM, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 268262, Donald H. Thompson, J., entered August 17, 1981. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Reed, JJ.